IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02156-RBJ-MEH

VALERIE A. ELAM, individually and as Personal Representative of the
Estate of Rickey Lee Elam,

    Plaintiff,

v.

THE CITY OF AURORA, a municipal corporation,

    Defendant.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **one-day trial to the Court** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A702, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 23, 2012 at 9:00 a.m.**

    A Final Pretrial/Trial Preparation Conference is set for **August 3, 2012 at 1:30 p.m.** Counsel who will try the case shall attend in person.

    During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: pending motions, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 3rd day of November, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge