IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02156-RBJ-MEH

VALERIE A. ELAM, individually and as Personal Representative of the
Estate of Rickey Lee Elam,

    Plaintiff,

v.

THE CITY OF AURORA,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [ECF No. 24], filed September 12, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the motion to dismiss [#9] is GRANTED.   It is further

ORDERED that the Recommendation of the United States Magistrate Judge, Doc. [#20], is ACCEPTED and ADOPTED IN PART.  The Court enters its final written judgment DISMISSING this case and all claims therein with prejudice.  It is further

ORDERED that each party is to bear her or its own costs and attorney's fees.

DATED at Denver, Colorado September 12, 2012.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, Clerk

                                        By s/ Edward P. Butler
                                            Edward P. Butler,  Deputy Clerk